THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN C. QUIGLEY et al., Appellants.

*People* v. *Quigley*, 128 App. Div. 890, affirmed.
(Submitted March 23, 1909; decided April 6, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 9, 1908, which affirmed a judgment of the Kings County Court rendered upon a verdict convicting the defendant of the crime of conspiracy.

*Henry J. Goldsmith* for appellants.

*John F. Clarke, District Attorney* (*Peter P. Smith* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER and HISCOCK, JJ. Not voting: VANN, J.

---

EDWARD O. KINDBERG, Respondent, *v.* ROBERT R. CHAPMAN, Appellant.

*Kindberg* v. *Chapman*, 122 App. Div. 922, affirmed.
(Argued March 23, 1909; decided April 6, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 30, 1907, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover upon a promissory note.

*Theodore T. Baylor* for appellant.

*August Reymert* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.